# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GOODS, <br><br> Plaintiff, <br><br> v. <br><br> BAKERSFIELD POLICE DEPARTMENT, <br><br> Defendants. | Case No.: 1:17-cv-01009 -DAD- JLT <br><br> ORDER DIRECTING PLAINTIFFS TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiffs initiated this action by filing a complaint on July 31, 2017. As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

///
///
///
///

1

Plaintiff failed to pay the requisite filing fee or to file a motion to proceed IF.  Thus, the matter cannot proceed before the Court at this time.  Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** pay the filing fee within 21 days of service of this order, *or*
2. Plaintiff **SHALL** file a motion to proceed in forma pauperis within 21 days of service.

**<u>Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>**

IT IS SO ORDERED.

Dated: **August 1, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE