| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES GOODS, | ) Case No.: 1:17-cv-01009-AWI-JLT |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| v. | ) |
| BAKERSFIELD POLICE DEPT., | ) |
| Defendant. | ) |

Charles Goods initiated this action by filing a complaint on July 31, 2017. (Doc. 1) The Court determined Plaintiff failed to identify his claims, and the facts alleged were insufficient to determine whether Plaintiff could state a cognizable claim. The Court ordered Plaintiff to file an amended complaint, but the order was returned as undeliverable. Due to Plaintiff's failure to prosecute the action and failure to comply with the Local Rules requiring him to keep the Court informed of his address, the matter was dismissed without prejudice on January 24, 2018. (Doc. 6)

Plaintiff now requests that the Court provide him copies of all documents in this case, beginning with "the first writen (sic) claim," reporting his copies of were stolen. (Doc. 8)

///
///
///
///

1

Because the action has been closed for more than eighteen months, the Court is unable to find copies are necessary for the prosecution of the matter. Accordingly, Plaintiff's request for copies is **DENIED**. He may purchase a copy of records on the docket at the Clerk's Office at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Room 1501, Fresno, CA 93721, 559-499-5600.

IT IS SO ORDERED.

Dated: **August 9, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE